

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00628-CV

**IN RE** Modesto E. **GARZA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
              Adrian A. Spears, II, Justice
              H. Todd. McCray, Justice

Delivered and Filed: October 22, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

This court has considered the petition for a writ of mandamus filed by Relator Modesto E.

Garza on October 2, 2025. The court concludes Relator is not entitled to the relief sought. *See* TEX.

R. APP. P. 52.8(a). Accordingly, Relator's petition for a writ of mandamus is denied.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2025-CI-07072, styled *Keera Ficken v. Modesto E. Garza*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Marisa Flores presiding.